SARSFIELD *vs.* VAN VAUGHNER and GREER.

The constitution of 1846 and the code of procedure have by necessary impli-
cation abolished every limitation in respect to the amount in controversy
theretofore required to give jurisdiction, in actions of an equitable nature
entertained only in the court of chancery.

The act of 1862, repealing the section of the revised statutes which required
the court of chancery to dismiss every suit involving less than $100, did
not revive any former rule; because the code had previously repealed that
section of the revised statutes, and abolished every other rule limiting the
jurisdiction of the supreme court.

Yet where the amount in controversy is less than $100, this may affect the
question of costs.

APPEAL from an order made at a special term, dismissing
the plaintiff's complaint. The action was in the nature
of a creditor's bill, founded on a judgment against the defend-
ant Van Vaughner, for $88.83, on which there remained due
only $31.02. Van Vaughner moved to dismiss the complaint,
on the ground that the sum involved was too small to occupy
the attention of the court.

*R. H. Shannon,* for the appellant.

*Ira O. Miller,* for the respondent.

*By the Court,* LEONARD, J. The constitution of 1846,
and the code of procedure, have by necessary implication
abolished every limitation in respect to the amount in con-
troversy theretofore required to give jurisdiction, in actions
of an equitable nature, formerly entertained only in the court
of chancery. (*Giles* v. *Lyon,* 4 *N. Y. Rep.* 600. *Cobine* v.
*St. John,* 12 *How. Pr. Rep.* 333. *Coon* v. *Brook,* 21 *Barb.*
546. *Mallory* v. *Norton, Id.* 436.)

No rule was revived by the repeal of section 37, article
second, title second, chapter first, part third of the revised
statutes, in relation to the jurisdiction of the court of chan-
cery, by the act of 1862; (*Laws of* 1862, *p.* 859, *ch.* 460,

§ 39 ;) because the code had previously repealed that statute, and abolished every other rule limiting the jurisdiction of the supreme court.

The question of costs may be affected, where the amount in controversy is under $50.

The order appealed from should be reversed, but without costs.

[NEW YORK GENERAL TERM, November 24, 1862. *Ingraham, Leonard* and *Barnard,* Justices.]